**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

JOY PARNES and BRIAN PARNES,

      Plaintiffs,

v.                                           Case No. 6:23-cv-854-JA-LHP

ORANGE COUNTY SCHOOL BOARD,

      Defendant.

| | | | |
|---|---|---|---|
| **UNITED STATES MAGISTRATE JUDGE:** | Daniel C. Irick | **COURTROOM:** | 5C |
| **DEPUTY CLERK:** | Tiffany Palmer | **COUNSEL FOR PLAINTIFF:** | Kevin Ross |
| **AUDIO RECORDING:** | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | **COUNSEL FOR DEFENDANT:** | Amy J. Pitsch |
| **DATE/TIME:** **TOTAL TIME:** | April 1, 2024 10:04 A.M. – 10:05 A.M. 2:05 P.M. – 2:05 P.M. 4 hours, 1 minute | | |

**CLERK'S MINUTES**
**Settlement Conference**

Case called, appearances made, procedural setting by the Court.
Settlement conference continues off the record (10:05 A.M.)
Back on the record (2:05 P.M.)
Impasse.
Court adjourned.